Robert J. McKennon (SBN 123176) *rm@mckennonlawgroup.com*
Nicholas A. West (SBN 309003) *nw@mckennonlawgroup.com*
**McKENNON LAW GROUP PC**
20321 SW Birch Street, Suite 200
Newport Beach, California 92660
Phone: 949-387-9595 | Fax: 949-385-5165

Attorneys for Plaintiff Michael Bell

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| MICHAEL BELL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PRUDENTIAL INSURANCE COMPANY OF AMERICA; and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 4:24-cv-00401-JST<br><br>Action Filed: January 23, 2024<br>Assigned to:<br>Honorable Judge Jon S. Tigar<br><br>**STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND ORDER** |



1  IT IS HEREBY STIPULATED, by and between Plaintiff Michael Bell and
2 Defendant Prudential Insurance Company of America ("Prudential") by and through
3 their respective attorneys of record, that this action shall be dismissed in its entirety
4 with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of
5 Civil Procedure.

   IT IS HEREBY AGREED that the Complaint on file herein shall be
7 dismissed with prejudice, each side to bear its own attorneys' fees and costs.

   **IT IS SO STIPULATED**.

Dated:  June 26, 2024                               **McKENNON LAW GROUP PC**

                                                    By: _/s/ Nicholas A. West_____
                                                        ROBERT J. McKENNON
                                                        NICHOLAS A. WEST
                                                        Attorneys for MICHAEL BELL


Dated:  July 3, 2024                                MESERVE, MUMPER & HUGHES LLP


                                                    By:  _/s/ Jason A. James_____
                                                         JASON A. JAMES
                                                         Attorneys for Defendant
                                                         THE PRUDENTIAL INSURANCE
                                                         COMPANY OF AMERICA


**Filer's Attestation - Local Rule 5-1.(i)(3)**

The filing attorney attests that he has obtained concurrence regarding the filing of this document and its content from the signatories to this document.



**[PROPOSED] ORDER**

Based upon the Stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

IT IS HEREBY FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: ___July 3_____, 2024

_____
Hon. Jon S. Tigar
United States District Court Judge